IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK AND
SETH CALAGNA                                                              PLAINTIFFS

VS.                                          CASE NO. 09-CV-4100

JOHN E. KOLBEK                                                             DEFENDANT

### ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOHN E. KOLBEK

CAME ON TO BE CONSIDERED THIS DAY Plaintiffs' Motion for Default Judgment Against Defendant John E. Kolbek (Doc. No. 25).  On October 22, 2009, the Court held a hearing on the motion.  After reviewing the motion and evidence in Plaintiffs' Complaint, and hearing argument of counsel, the Court is of the opinion that the motion is well taken and should be GRANTED.  Therefore, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment against Defendant John E. Kolbeck is GRANTED.  Further, it is

ORDERED that the following monetary damages are awarded to Plaintiff Spence Ondrisek:

1. Compensatory damages in the amount of $500,000.00;

2. Punitive damages in the amount of $1,000,000.00.

ORDERED that the following monetary damages are awarded to Plaintiff Seth Calagna:

1. Compensatory damages in the amount of $500,000.00;

2. Punitive damages in the amount of $1,000,000.00.

ORDERED that the following monetary damages are awarded to Plaintiffs Spencer Ondrisek and Seth Calagna:

1. Taxable costs; and

2. Post-Judgment interest as specified by 28 U.S.C. § 1961.

IT IS SO ORDERED, this 22nd day of October, 2009.

                                                  /s/Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge