IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK AND
SETH CALAGNA                                                                                    PLAINTIFFS

VS.                                    CIVIL NO:  09-CV-4100

JOHN E. KOLBEK                                                                                  DEFENDANT

## FINAL JUDGMENT

Contemporaneously herewith the Court has entered an Order Granting Plaintiffs' Motion for Default Judgment against Defendant John E. Kolbek.  Consistent with that Order, the Court orders that Plaintiff Spencer Ondrisek recover as follows against Defendant John E. Kolbek:

1. Compensatory damages in the amount of $500,000.00;

2. Punitive damages in the amount of $1,000,000.00.

The Court further orders that Plaintiff Seth Calagna recover as follows against Defendant John E. Kolbek:

1. Compensatory damages in the amount of $500,000.00;

2. Punitive damages in the amount of $1,000,000.00.

It is further ordered that Plaintiffs recover their taxable costs in this cause as well as post-judgment interest as specified by 28 U.S.C. § 1961.

This is a Final Judgment.

Signed this 22nd day of October, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge